## Folmar Brothers *v.* Shows.

APPEAL from Crenshaw Circuit Court.

Tried before the Hon. J. M. CARMICHAEL.

A. A. WILEY, FOSTER, SAMFORD & CARROLL, R. L. HAR-MON and C. E. HAMILTON, for appellants.

J. M. CHILTON and RUSHTON & POWELL, for appellee.

This was an action of assumpsit, brought by the appellee, T. W. Shows, against Folmar Brothers. From a judgment in favor of the plaintiff the defendants appeal.

The judgment is affirmed.

Opinion by HARALSON, J.